UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAWRENCE TRAINOR, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | Civil Action No. 09-10349-JLT |
| HEI HOSPITALITY, LLC, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

May 19, 2010

TAURO, J.

After reviewing Parties' submissions, this court hereby orders that Defendants' Motion for

Summary Judgment [#22] is DENIED because genuine issues of material fact persist with regard

to the question of whether Defendants' legitimate non-discriminatory reasons for Plaintiff's

termination are pretextual.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge