UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE K. TRAINOR,<br><br>Plaintiff,<br><br>v.<br><br>HEI HOSPITALITY LLC,<br>HEI HOSPITALITY MANAGEMENT LLC,<br>and MERRITT HOSPITALITY LLC,<br><br>Defendants. | Civil Action No.<br>09-10349-DJC |

## SPECIAL VERDICT FORM

*Please answer Questions 1 and 2.*

1. Has Mr. Trainor proved by a preponderance of the evidence that HEI discriminated against Mr. Trainor because of his age?

    Yes____ No ✓

2. Has Mr. Trainor proved by a preponderance of the evidence that HEI retaliated against Mr. Trainor for complaining to his employer and/or filing a complaint with the MCAD alleging age discrimination?

    Yes ✓ No____

*If you answered "No" to both Question 1 and Question 2, please stop, have the foreperson sign and date the bottom of this form, and return the form to the court.*

*If you answered "Yes" to either Question 1 or Question 2 (or both), please answer Question 3.*

3. Do you find that as a result of HEI's age discrimination and/or retaliation, Mr. Trainor suffered any damages?

    Yes ✓ No____

*If you answered "No" to Question 3, please stop, have the foreperson sign and date the bottom of this form, and return the form to the court.*

*If you answered "Yes" to Question 3, please answer Questions 4, 5 and 6.*

4. How much money, if any, do you award Mr. Trainor to compensate him for the damages he suffered as a result of HEI's age discrimination and/or retaliation? (Please answer for each category of damages.)

    Back Pay:           $ 500,000
    Front Pay:          $ 750,000
    Emotional Distress: $ 1,000,000

5. Has Mr. Trainor proved that when HEI committed age discrimination and/or retaliation, HEI knew or had reason to know that their actions violated Massachusetts law?

    Yes ✓   No ___

6. Has Mr. Trainor proved that when HEI committed age discrimination and/or retaliation, HEI wilfully violated federal law?

    Yes ___   No ✓

*Please have the foreperson sign and date the bottom of this form and return the form to the court.*

_____        3/30/11
Foreperson                        Date