# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE TRAINOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEI HOSPITALITY, LLC, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 09-CV-10349-RGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Kindly withdraw the appearance of Brigitte M. Duffy as counsel for Defendants HEI Hospitality, LLC, HEI Hospitality Management, LLC and Merritt Hospitality, LLC.

April 12, 2011

Respectfully submitted,

HEI HOSPITALITY, LLC; HEI HOSPITALITY MANAGEMENT, LLC; and MERRITT HOSPITALITY, LLC,

By their attorneys:

/s/ Brigitte M. Duffy
Lynn A. Kappelman (BBO #642017)
Brigitte M. Duffy (BBO #565724)
James M. Hlawek (BBO #663920)
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
(617) 946-4800

13290503v.1

**CERTIFICATE OF SERVICE**

      I, Brigitte M. Duffy, Esq., hereby certify that on this 12th day of April, 2011, this **Notice of Withdrawal of Appearance of Counsel** was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent to those indicated as non-registered within twenty-four (24) hours of this filing.

                                          /s/ Brigitte M. Duffy
                                          Brigitte M. Duffy