## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LAWRENCE K. TRAINOR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.** |
| **v.** ) | **09-10349-DJC** |
| ) | |
| **HEI HOSPITALITY LLC,** ) | |
| **HEI HOSPITALITY MANAGEMENT LLC,** ) | |
| **and MERRITT HOSPITALITY LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

This action came before the court for a trial by jury.  The issues have been tried and the

jury has rendered its verdict.  In accordance with the jury verdict returned on March 30, 2011

and the Court's Memorandum and Order of April 14, 2011, it is hereby **ORDERED**,

**ADJUDGED** and **DECREED**:

Judgment for Plaintiff in the amount of $2,250,000, doubled pursuant to Mass. G. L. c.

151B, § 9 for a total of $4,500,000.  Prejudgment interest shall be levied at a rate of 12% on

$1,500,000 of the judgment.

BY THE COURT,

/s/ Lisa Hourihan

Deputy Clerk

Dated:  April 15, 2011

Note:  The postjudgment interest rate effective this date is  0.23 %.