UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE K. TRAINOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEI HOSPITALITY LLC, )<br>HEI HOSPITALITY MANAGEMENT LLC, )<br>and MERRITT HOSPITALITY LLC, )<br>)<br>Defendants. )<br>) | Civil Action No.<br>09-10349-DJC |

## FINDINGS AND ORDER REGARDING PLAINTIFF'S OWNERSHIP UNITS

This matter having come before the Court upon the submission of the parties, and after hearing oral argument, the Court makes the following findings pursuant to Fed. R. Civ. P. 52(a):

1. Plaintiff Lawrence Trainor ("Trainor") obtained a jury verdict that Defendants retaliated against him in violation of federal law and Mass. Gen. L. c. 151B, §§ 4, 9.

2. Certain damages issues were submitted to the jury but an issue regarding equitable relief sought by Trainor was, by agreement of the parties, reserved for the Court.

3. In addition to the monetary damages awarded by the jury, Trainor seeks to be places in the same position regarding his ownership units in Defendants' Funds I, II, and III as he would have been if he had not been terminated on January 2, 2009.

4. The Court finds that Trainor is entitled to the relief he has requested, and should be given all benefits regarding his ownership in the Funds as he would have enjoyed from January 2, 2009 through his anticipated retirement date at the end of January 2014 <u>providing</u> he complies with his obligations to meet capital calls as required by his participation in the Funds.

1

It is therefore ORDERED that:

A.      Trainor shall continue to vest in Funds I, II and III from January 2, 2009 through January 31, 2014 in the same manner as he would have if he had continued to be employed by HEI during this time period, <u>providing</u> he meets all capital calls required of him.

B.      Defendants shall in all respects treat Trainor with regard to his investments in the funds in the same manner as other executives of HEI who have been permitted to make these investments, including the right to receive any distributions that are due to him pursuant to the terms of the Funds.

**So ordered.**

                                                    /s/ Denise J. Casper
                                                    United States District Judge

Dated: January 13, 2011