UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE TRAINOR, | )<br>) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 09-CV-10349-DJC |
| HEI HOSPITALITY, LLC, et al., | ) BOND NO: 99-45-67 |
| Defendants. | )<br>) |

*[Stamp: IN CLERK'S OFFICE 2012 MAY 31 A 4:09 U.S. DISTRICT COURT DISTRICT OF MASS.]*

### CIVIL SUPERSEDEAS BOND

We, HEI Hospitality, LLC; HEI Hospitality Management, LLC; and Merritt Hospitality, LLC, as Principals, and National Union Fire Insurance Company of Pittsburgh, PA., as Surety, are held and firmly bound unto Lawrence Trainor in the principle sum of FOUR MILLION FOUR HUNDRED NINETY-SIX THOUSAND FIFTY-THREE DOLLARS AND 10/100 [$4,496,053.10] for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns, jointly and severally.

The condition of this obligation is: the above-named Principals have entered into an appeal to the United States Court of Appeals for the First Circuit to review the Final Judgment entered in the above case on February 9, 2012.

**NOW THEREFORE**, if the Principals shall satisfy any money judgment contained in the judgment in full, including, if allowed by law, costs, interest, and attorney's fees, and damages for delay in the event said appeal is dismissed or said judgment is affirmed, then this obligation shall be null and void; otherwise to remain in full force and effect.

Signed on _May 31, 2012_____, 2012 at _Boston, Massachusetts_

_Lynn A. Kappelman/JMH_
Lynn A. Kappelman, Esq.
SEYFARTH SHAW LLP
Attorney for Principals, not individually

Signed on _May 30_____, 2012, at _Dallas, Texas_.

National Union Fire Insurance Company of Pittsburgh, PA.

Surety By: _Rachel Richardson_
Title:    Rachel Richardson, Attorney-In-Fact

14497837v.1

# POWER OF ATTORNEY

**American Home Assurance Company**  Power No. <u>24478</u>
**National Union Fire Insurance Company of Pittsburgh, PA.**
Principal Bond Office: 175 Water Street, New York, NY 10038

No. <u>09-E-1026706</u>

### KNOW ALL MEN BY THESE PRESENTS:

That American Home Assurance Company, a New York corporation, and National Union Fire Insurance Company of Pittsburgh, PA., a Pennsylvania corporation, does each hereby appoint

---Rachel Richardson, Jessica Rosser, Christy Jackson: of Dallas, Texas---

its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA. have each executed these presents

this 6th day of January, 2012

 

Anthony Romano, Vice President

**STATE OF NEW YORK** }
**COUNTY OF NEW YORK** } ss.

On this 6th day of January, 2012 before me came the above named officer of American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA., to me personally known to be the individual and officer described herein, and acknowledged that he executed the foregoing instrument and affixed the seals of said corporations thereto by authority of his office.

JULIANA HALLENBECK
Notary Public - State of New York
No. 01HA6125871
Qualified in Bronx County
My Commission Expires April 18, 2013

## CERTIFICATE

Exerpts of Resolutions adopted by the Boards of Directors of American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA. on May 18, 1976:

"RESOLVED, that the Chairman of the Board, the President, or any Vice President be, and hereby is, authorized to appoint Attorneys-in-Fact to represent and act for and on behalf of the Company to execute bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, and to attach thereto the corporate seal of the Company, in the transaction of its surety business;

"RESOLVED, that the signatures and attestations of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company when so affixed with respect to any bond, undertaking, recognizance and other contract of indemnity and writing obligatory in the nature thereof;

"RESOLVED, that any such Attorney-in-Fact delivering a secretarial certification that the foregoing resolutions still be in effect may insert in such certification the date thereof, said date to be not later than the date of delivery thereof by such Attorney-in-Fact."

I, Denis Butkovic, Secretary of American Home Assurance Company and of National Union Fire Insurance Company of Pittsburgh, PA. do hereby certify that the foregoing exerpts of Resolutions adopted by the Boards of Directors of these corporations, and the Powers of Attorney issued pursuant thereto, are true and correct, and that both the Resolutions and the Powers of Attorney are in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of each corporation

this 30th day of May, 2012

 

Denis Butkovic, Secretary

65166 (4/96)

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from the Chartis companies. Chartis insurance companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by Chartis insurance companies to brokers and independent agents in the United States by visiting our website at www.chartisinsurance.com/producercompensation or by calling 1-800-706-3102.