UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE K. TRAINOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 09-CV-10349-DJC |
| v. ) | |
| ) | |
| HEI HOSPITALITY, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>NOTICE OF ACCEPTANCE OF REMITTITUR</u>**

On October 31, 2012, the United States Court of Appeals for the First Circuit issued its Opinion and entered Judgment with respect to the defendants' appeal of the final judgment of this Court. On November 1, 2012, this Court, per Casper, J. issued its Electronic Order directing the plaintiff to inform the Court whether he will agree to remittitur of the emotional distress damages in excess of $200,000 or whether he seeks a new trial as to emotional distress damages.

Plaintiff/Appellee Lawrence K. Trainor hereby informs the Court that he accepts the First Circuit's remittitur of the emotional distress damages in excess of $200,000 and does not seek a new trial on that issue.

        LAWRENCE K. TRAINOR
By his attorneys,

/s/ Gary M. Feldman
Gary M. Feldman
BBO # 162070
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
(617) 367-2500
gfeldman@davismalm.com

Dated: November 15, 2012

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 15, 2012 and served by mail on anyone unable to accept electronic filing.

/s/ Gary M. Feldman
Gary M. Feldman

640086.1