UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE K. TRAINOR,<br><br>        Plaintiff,<br><br>v.<br><br>HEI HOSPITALITY, LLC,<br>HEI HOSPITALITY MANAGEMENT, LLC,<br>and MERRITT HOSPITALITY, LLC,<br><br>        Defendants | Civil Action No.1:09 CV 10349DJC |

## SECOND AMENDED JUDGMENT

This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict. In accordance with the jury verdict returned on March 30, 2011, the Court's Memorandum and Order of April 14, 2011 regarding multiple damages, the Court's Memorandum and Order of January 13, 2012 regarding remittitur, the plaintiff's Notice of Acceptance of Remittitur filed on January 25, 2102, the Judgment entered by the First Circuit on October 31, 2012 and the Plaintiff's Notice of Acceptance of Remittitur dated November 15, 2012, it is hereby **ORDERED, ADJUDGED** and **DECREED**:

Judgment for Plaintiff in the amount of $1,450,000, doubled pursuant to Mass. G.L. c. 151B, § 9 for a total of $2,900,000. Prejudgment interest shall be levied at a rate of 12% on $700,000 of the judgment.

In accordance with the Court's Memorandum and Order of January 13, 2012, and the Supplemental Motion for Attorneys' Fees filed on November 15, 2012, the Court awards to the Plaintiff attorneys' fees in the amount of $629,483.75 and costs in the amount of $27,802.80.

**BY THE COURT,**

_Timothy Q. Maynard_
Deputy Clerk

Dated: December 26, 2012

Note: The postjudgment interest rate effective is 0.23%.